THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARPEAH R. NY-
ENEKOR, Appellant, v CARL E. DUBOIS, Respondent.

Submitted December 8, 2008; decided December 18, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua
sponte, upon the ground that no substantial constitutional ques-
tion is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARPEAH R. NY-
ENEKOR, Appellant, v PEGGI HEALY, Respondent.

Submitted December 8, 2008; decided December 18, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua
sponte, upon the ground that no substantial constitutional ques-
tion is directly involved.

SAMUEL SCHWARTZ, Appellant, v CHATCHAVAN SUEBSANGUAN,
Defendant, and GORDON D. LUTCHMAN et al., Respondents.

Submitted November 17, 2008; decided December 18, 2008

Motion for reargument dismissed as untimely (see 22 NYCRR
500.24 [b]) [see 6 NY3d 805 (2008)].

In the Matter of VANESSA ANN G.-L. NASSAU COUNTY DEPART-
MENT OF SOCIAL SERVICES, Appellant; CALVIN L.L., Respon-
dent, et al., Intervenors.

Submitted November 17, 2008; decided December 18, 2008

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the proceeding within the meaning of the Constitution. The Ap-
pellate Division order denying the motion to dispense with the
father's consent to the adoption was rendered within the
termination of parental rights proceeding and that proceeding
remains pending.